UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL LARRAZABAL,**

      **Plaintiff,**

v.                                     **Case No.  6:24-cv-789-CEM-EJK**

**CENTERWELL HEALTH
SERVICES (USA), LLC,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. 14) and Plaintiff's Response (Doc. 16), which consents to the requested relief. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. 14) is **GRANTED**.

2. **On or before June 30, 2024**, Plaintiff shall initiate arbitration.

3. Also **on or before June 30, 2024** and **every 180 days thereafter**, Plaintiff shall file a report as to the status of arbitration with the Court.

4. This case is otherwise **STAYED** pending the outcome of arbitration.

5. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 15, 2024.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record